PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
SHEREE M. MCLELLAN, ESQ. (STATE BAR NO. 248909)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
RONALD EL-MALIK CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT, JENNIFER RAY, in her individual capacity, JOSEPH TORRES, in his individual capacity, JOHN FARRELL, in his individual capacity, and GERALD A. SIMON, CHIEF, in his official and individual capacities, and DOES 1 through 15,<br><br>　　　　Defendants. | NO. C10-00358 SI<br><br>**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION AND DECLARATION FOR ORDER ENLARGING CASE MANAGEMENT DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The Court having read and considered Plaintiff's Ex Parte Application and Declaration for Order Enlarging Case Management Deadlines and continuing the Case Management Conference, and good cause appearing therefore, the Court adopts the following schedule:

///

///

///

-1-
AMENDED [PROPOSED] ORDER REGARDING EX PARTE APPLICATION (C10-00358 SI)

-2-

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Meet and Confer re: Initial Disclosures, Early Settlement, ADR Process Selection and Discovery Plan<br><br>File ADR Certificates | April 16, 2010 | May 28, 2010 |
| File Case Management Statement<br><br>Complete Initial Disclosures | April 30, 2010 | June 11, 2010 |
| Case Management Conference | May 7, 2010 | June 18, 2010 |

**IT IS SO ORDERED**.

Dated: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT