1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
2  SHEREE M. MCLELLAN, ESQ. (STATE BAR NO. 248909)
   PRICE AND ASSOCIATES
3  A Professional Law Corporation
   The Latham Square Building
4  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
5  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
6  E-mail: pypesq@aol.com

7  Attorneys for Plaintiff
   RONALD EL-MALIK CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD EL-MALIK CURTIS, | ) NO. C10-00358 SI |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER TO CONTINUE CASE** |
|  | ) **MANAGEMENT CONFERENCE** |
| CITY OF OAKLAND, JENNIFER RAY, in her individual capacity, JOSEPH TORRES, in his individual capacity, JOHN FARRELL, in his individual capacity, and GERALD A. SIMON, CHIEF, in his official and individual capacities, and DOES 1 through 15, | ) |
| Defendants. | ) |

   The parties to the above-entitled action hereby stipulate to continue the Meet and Confer from May 28, 2010 to June 7, 2010 due to Mr. Curtis' counsel, Sheree M. McLellan's illness, and an unexpected emergency that came about for Defendant's counsel.  The parties also stipulate to continue the Case Management Conference from Friday, June 18, 2010 at 2:00 p.m. to Friday, June 25, 2010 at 2:00 p.m. because of a conflict for Mr. Curtis' counsel, and complete Initial Disclosures by June 30, 2010.

Dated: June 11, 2010                         PRICE AND ASSOCIATES

/s/ *Sheree M. McLellan*
SHEREE M. MCLELLAN, Attorneys for
Plaintiff RONALD EL-MALIK CURTIS

Dated: June 11, 2010                         FOSTER EMPLOYMENT LAW

/s/ *Madelyn Jordan-Davis*
MADELYN JORDAN-DAVIS, Attorneys
for Defendants CITY OF OAKLAND,
JENNIFER RAY, JOSEPH TORRES,
JOHN FARRELL and GERALD A. SIMON

## ORDER

The Court having read and considered the Stipulation by both parties to continue the Meet and Confer, Case Management Conference and Initial Disclosures, and good cause appearing therefore, the Court adopts the following schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Meet and Confer re: Initial Disclosures, Early Settlement, ADR Process Selection and Discovery Plan | May 28, 2010 | June 7, 2010 |
| File Case Management Statement | June 11, 2010 | June 18, 2010 |
| Case Management Conference | June 18, 2010 | June 25, 2010 |
| Complete Initial Disclosures | June 11, 2010 | June 30, 2010 |

**IT IS SO ORDERED**.

Dated: _____         _____
                                  HON. SUSAN ILLSTON
                                  UNITED STATES DISTRICT COURT