1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   GEORGE S. KHOURY, ESQ. (STATE BAR NO. 269738)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Ste. 1450
4  Oakland, CA  94612
   Telephone: (510) 452-0292
5  Facsimile: (510) 452-5625
   E-mail: pypesq@aol.com
6
   Attorneys for Plaintiff
7  RONALD EL-MALIK CURTIS

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13

14  RONALD EL-MALIK CURTIS,        )   NO.  C10-00358 SI
                                   )
15         Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER TO FILE PLAINTIFF'S**
16  v.                             )   **SECOND AMENDED COMPLAINT**
                                   )
17  CITY OF OAKLAND, JENNIFER RAY, in her )
    individual capacity, JOSEPH TORRES, in his )
18  individual capacity, JOHN FARRELL, in his )
    individual capacity, and GERALD A. SIMON, )
19  CHIEF, in his official and individual capacities, )
    and DOES 1 through 15,         )
20                                 )
           Defendants.              )
21  _____)

22

23         The parties, by and through their respective counsel of record, agree that Plaintiff

24  RONALD EL-MALIK CURTIS may file a Second Amended Complaint and Defendants will not

25  oppose the filing.  Therefore, a Motion for Leave to Amend is not required.  Good cause exists as

26  this stipulation promotes judicial efficiency.  This stipulation is without prejudice to Defendants'

27  right to file a Motion to Dismiss under Federal Rules of Civil Procedure, Rule 12(b)(6).

28  ///

1
2  Dated: September 24, 2010                    PRICE AND ASSOCIATES
3
4                                               /s/ Pamela Y. Price
                                                PAMELA Y. PRICE, Attorneys for Plaintiff
5
6  Dated: September 24, 2010                    FOSTER EMPLOYMENT LAW
7
8                                               /s/ Madelyn Jordan-Davis
                                                MADEYLN JORDAN-DAVIS, Attorneys for
9                                               Defendants
10
11                                  **ORDER**
12        Pursuant to the foregoing stipulation of the parties and good cause appearing
13  therefore, **IT IS SO ORDERED.**
14
15
16  Dated: _____                   _____
                                                HON. SUSAN ILLSTON
17                                              UNITED STATES DISTRICT COURT
18
19
20
21
22
23
24
25
26
27
28