|   |   |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) |
| 2 | GEORGE S. KHOURY, ESQ. (STATE BAR NO. 269738) |
|   | PRICE AND ASSOCIATES |
| 3 | A Professional Law Corporation |
|   | The Latham Square Building |
| 4 | 1611 Telegraph Avenue, Ste. 1450 |
|   | Oakland, CA  94612 |
| 5 | Telephone: (510) 452-0292 |
|   | Facsimile: (510) 452-5625 |
| 6 | E-mail: pypesq@aol.com |

Attorneys for Plaintiff
RONALD EL-MALIK CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD EL-MALIK CURTIS, | ) | NO. C10-00358 SI |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
|   | ) | **ORDER ENLARGING DATE FOR** |
| v. | ) | **MEDIATION** |
|   | ) |   |
| CITY OF OAKLAND, OAKLAND FIRE | ) | DATE:  OCTOBER 26, 2010 |
| DEPARTMENT, JENNIFER RAY,  in her | ) |   |
| individual capacity, JOSEPH TORRES,  in his | ) |   |
| individual capacity, JOHN FARRELL, in his | ) |   |
| individual capacity, and GERALD A. SIMON, | ) |   |
| CHIEF, in his official and individual capacities, | ) |   |
| and DOES 1 through 15, | ) |   |
|   | ) |   |
| Defendants. | ) |   |

    The parties, by and through their respective counsel of record, hereby stipulate and agree that the mediation scheduled to occur on or before October 29, 2010 may and shall be continued to another date to occur on or before November 30, 2010.  Mediation is scheduled to occur on November 3, 2010.  Good cause exists for this enlargement of time because the court assigned mediator is unavailable on the date previously scheduled.  Accordingly, the mediator has asked the parties to stipulate that the mediation deadline be extended to allow the mediation to occur on or

before November 30, 2010, or such date as the parties and mediator are all available.

Dated: October 26, 2010         PRICE AND ASSOCIATES

                                          /s/ *George S. Khoury*
                                    GEORGE S. KHOURY, Attorneys for Plaintiff
                                    RONALD EL-MALIK CURTIS,

Dated: October 27, 2010         FOSTER EMPLOYMENT LAW

                                        /s/ *Madelyn Jordan-Davis*
                                    MADELYN JORDAN-DAVIS, Attorneys
                                    for Defendants CITY OF OAKLAND,
                                    JENNIFER RAY, JOSEPH TORRES,
                                    JOHN FARRELL and GERALD A. SIMON

## ORDER

The Court having read and considered the Stipulation by both parties to continue the deadline for mediation, and good cause appearing therefore, **IT IS SO ORDERED**.

Dated: _____        _____
                                                   HON. SUSAN ILLSTON
                                                   UNITED STATES DISTRICT COURT