IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>          Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND,<br><br>          Defendant.<br>                                         / | No. C 10-00358 SI<br><br>**AMENDED<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 18, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 1, 2011.

DESIGNATION OF EXPERTS: 1/9/12; REBUTTAL: 1/27/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 24, 2012

DISPOSITIVE MOTIONS **SHALL** be filed by October 28, 2011;

    Opp. Due November 14, 2011; Reply Due November 21, 2011;

    and set for hearing no later than December 2 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 27, 2012 at 3:30 PM.

JURY TRIAL DATE: April 9, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/9/11

                                                              */s/ Susan Illston*
                                                              SUSAN ILLSTON
                                                              United States District Judge