MICHAEL W. FOSTER (State Bar No. 127691)
mfoster@fosteremploymentlaw.com
MADELYN G. JORDAN DAVIS (State Bar No. 181771)
mjd@fosteremploymentlaw.com
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA.  94610
TELEPHONE: (510) 763-1900
FACSIMILE: (510) 763-5952

Attorneys for Defendants
CITY OF OAKLAND, JENNIFER RAY,
JOSEPH TORRES, JOHN FARRELL AND
GERALD A. SIMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>    Plaintiff,<br>   vs.<br>CITY OF OAKLAND, JENNIFER RAY, JOSEPH TORRES, JOHN FARRELL AND GERALD A. SIMON, CHIEF, and DOES 1 through 15,<br><br>    Defendants. | Case No. C10-00358-SI<br><br>Date Action Filed:           Jan. 6, 2010<br>Current Trial Date:          Sept. 6, 2011<br>Current Final Pretrial Con: Aug. 23, 2011<br><br>**STIPULATION AND JOINT REQUEST FOR AN ORDER BY ALL PARTIES EXTENDING THE DEADLINE FOR EXCHANGE OF FACT DISCOVERY** |

1. Defendants CITY OF OAKLAND, JENNIFER RAY, JOSEPH TORRES, JOHN FARRELL and GERALD A. SIMON ("Defendants") and Plaintiff RONALD EL-MALIK CURTIS ("Plaintiff") (hereinafter referred to collectively as "the parties") hereby stipulate to extend the deadline for the exchange of fact discovery.

2. In the interests of justice, and for good cause, the parties agree to extend fact discovery in light of counsel for Defendants, Madelyn Jordan-Davis' unexpected medical leave. Ms. Davis is the lead counsel for Defendants and due to her earlier unplanned absence there has been a significant delay in the exchange of discovery. The parties hereby agree that if discovery closed on April 1, 2011 then the trial will not be able to proceed on its full merits, as much of the factual investigation and discovery that is necessary for both parties has not been completed. Accordingly, in the interest of justice, the parties hereby stipulate and respectfully request the Court enter an order extending the deadline for the exchange of fact discovery from April 1, 2011 to September 30, 2011.

IT IS SO STIPULATED.

Dated: June 6, 2011                    PRICE AND ASSOCIATES

                                       _____/s/_____
                                       Pamela Y. Price
                                       Jacqueline Lindsey
                                       Attorneys for Plaintiff
                                       RONALD EL-MALIK CURTIS

Dated: June 6, 2011                    FOSTER EMPLOYMENT LAW

                                       _____/s/_____
                                       Michael W. Foster
                                       Madelyn G. Jordan-Davis
                                       Attorneys for Defendants
                                       CITY OF OAKLAND, OAKLAND FIRE
                                       DEPARTMENT, JENNIFER RAY, JOSEPH
                                       TORRES, JOHN FARRELL AND
                                       GERALD A. SIMON

2
STIPULATION BY ALL PARTIES TO EXTEND THE DEADLINE FOR FACT DISCOVERY

# [P~~ROPOS~~ED] ORDER

Having read and considered the Stipulation and Joint Request for an Order Extending the Discovery Deadline and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the discovery deadline be reset to September 30, 2011.  Counsel for Defendants shall promptly serve a copy of this Order on Plaintiff's counsel.

DATED: 6/20/11



UNITED STATES DISTRICT JUDGE