| | |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) |
| 2 | JOSE F. VERGARA, ESQ. (STATE BAR NO. 251342)<br>PRICE AND ASSOCIATES |
| 3 | A Professional Law Corporation<br>901 Clay Street |
| 4 | Oakland, CA 94607<br>Telephone: (510) 452-0292 |
| 5 | Facsimile: (510) 452-5625<br>E-mail: pamela.price@pypesq.com |
| 6 | E-mail: jvergara@pypesq.com |
| 7 | Attorneys for Plaintiff<br>RONALD EL-MALIK CURTIS |
| 8 | MICHAEL W. FOSTER, ESQ. (STATE BAR NO. 127691) |
| 9 | MADELYN JORDAN-DAVIS, ESQ. (STATE BAR NO. 181771)<br>FOSTER EMPLOYMENT LAW |
| 10 | 3000 Lakeshore Avenue<br>Oakland, CA 94610 |
| 11 | Telephone: (510) 763-1900<br>Facsimile: (510) 763-5952 |
| 12 | E-mail: mjd@fosteremploymentlaw.com |
| 13 | Attorneys for Defendants<br>CITY OF OAKLAND, JENNIFER |
| 14 | RAY, JOSEPH TORRES, JOHN<br>FARRELL and GERALD A. SIMON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD EL-MALIK CURTIS, | ) | NO.   C10-00358 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER MODIFYING THE** |
| v. | ) | **SCHEDULING ORDER TO CONTINUE** |
| | ) | **SETTLEMENT CONFERENCE** |
| CITY OF OAKLAND, OAKLAND FIRE | ) | |
| DEPARTMENT, JENNIFER RAY, in her | ) | HON. SUSAN ILLSTON |
| individual capacity, JOSEPH TORRES, in his | ) | |
| individual capacity, JOHN FARRELL, in his | ) | |
| individual capacity, and GERALD A. SIMON, | ) | |
| CHIEF, in his official and individual capacities, and | ) | |
| DOES 1 through 15, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1183P202JFV

-1-
STIPULATION AND PROPOSED ORDER (C10-0358 SI )

The parties in the above captioned action hereby stipulate by and through their undersigned counsel of record to request that this Court modify its July 21, 2011 Scheduling Order (Doc. 43) in order to permit the Settlement Conference Magistrate Judge Spero scheduled to occur on or before November 30, 2011 to occur between the period of February 1, 2012 and March 15, 2012, or as soon thereafter as it may please the Court.

Good cause exists for this brief continuance because Plaintiff's counsel will be in trial and unavailable on November 30, 2011 and the parties do not expect to complete pretrial discovery until on or about December 31, 2011.

Dated: November 23, 2011

PRICE AND ASSOCIATES

_/s/ Pamela Y. Price_
PAMELA Y. PRICE, Attorneys for Plaintiff
RONALD EL-MALIK CURTIS

Dated: November 23, 2011

FOSTER EMPLOYMENT LAW

_/s/_
MADELYN JORDAN-DAVIS, Attorneys for Defendants CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT, JENNIFER RAY, JOSEPH TORRES, JOHN FARRELL, and GERALD A. SIMON

## ORDER

The Court having read and considered the Stipulation of Counsel to modify the scheduling order and permit the settlement conference with Magistrate-Judge Spero to occur between the period of February 1, 2012 and March 15, 2012 and good cause appearing therefore, **IT IS SO ORDERED**.

Dated: 11/28/11

_/s/ Susan Illston_
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT