PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JOSE F. VERGARA, ESQ. (STATE BAR NO. 251342)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com
E-mail: jvergara@pypesq.com
Attorneys for Plaintiff
RONALD EL-MALIK CURTIS

MICHAEL W. FOSTER (State Bar No. 127691)
mfoster@fosteremploymentlaw.com
MADELYN JORDAN-DAVIS (State Bar No. 181771)
mjd@fosteremploymentlaw.com
C. CHRISTINE MALONEY (State Bar. No. 226575)
cmaloney@fosteremploymentlaw.com
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA. 94610
TELEPHONE: (510) 763-1900
FACSCIMILE: (510) 763-5952

Attorneys for Defendants
CITY OF OAKLAND, JENNIFER RAY,
JOSEPH TORRES, JOHN FARRELL AND
GERALD A. SIMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS, ) | Case No. C10-00358-SI |
| ) | |
| Plaintiff, ) | **AMENDMENT TO STIPULATED** |
| vs. ) | **PROTECTIVE ORDER REGARDING** |
| CITY OF OAKLAND, JENNIFER RAY, ) | **MEDICAL RECORDS** |
| JOSEPH TORRES, JOHN FARRELL ) | |
| AND GERALD A. SIMON, CHIEF, and ) | |
| DOES 1 through 15, ) | |
| ) | |
| Defendants. ) | |
| ) | |

All of the medical records produced by Plaintiff's healthcare providers in this action shall be deemed to have been produced as "CONFIDENTIAL" documents pursuant to the protective order filed in this case on November 4, 2011, which is Document 48 filed in this case.

**IT IS SO STIPULATED.**

DATED: December 6, 2011                FOSTER EMPLOYMENT LAW


                                       /s/ Madelyn Jordan-Davis
                                       MADELYN JORDAN-DAVIS
                                       Attorneys for Defendants
                                       CITY OF OAKLAND, JENNIFER RAY, JOSEPH
                                       TORRES, JOHN FARRELL AND GERALD A.
                                       SIMON

DATED: December 6, 2011                PRICE AND ASSOCIATES


                                       /s/ Jose Vergara
                                       JOSE VERGARA
                                       PAMELA Y. PRICE
                                       Attorneys for Plaintiff
                                       RONALD EL-MALIK CURTIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 12, 2011

                                       _____
                                       United States District Judge
                                       Judge Susan Illston

---

1

**STIPULATED PROTECTIVE ORDER**