1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JOSE F. VERGARA, ESQ. (STATE BAR NO. 251342)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  901 Clay Street
   Oakland, CA 94607
4  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
5  E-mail: pamela.price@pypesq.com
   E-mail: jvergara@pypesq.com
6
7  Attorneys for Plaintiff
   RONALD EL-MALIK CURTIS
8
   MICHAEL W. FOSTER, ESQ. (STATE BAR NO. 127691)
9  MADELYN JORDAN-DAVIS, ESQ. (STATE BAR NO. 181771)
   FOSTER EMPLOYMENT LAW
10 3000 Lakeshore Avenue
   Oakland, CA 94610
11 Telephone: (510) 763-1900
   Facsimile: (510) 763-5952
12 E-mail: mjd@fosteremploymentlaw.com

13 Attorneys for Defendants
   CITY OF OAKLAND, JENNIFER
14 RAY, JOSEPH TORRES, JOHN
   FARRELL and GERALD A. SIMON
15
16
17                  UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA
19

20 RONALD EL-MALIK CURTIS,              )  NO.   C10-00358 SI
21        Plaintiff,                    )
                                        )  **STIPULATION AND P~~ROPOSED~~**
22 v.                                   )  **ORDER MODIFYING THE**
                                        )  **SCHEDULING ORDER**
23 CITY OF OAKLAND, JENNIFER RAY, in her)
   individual capacity, JOSEPH TORRES, in his )  HON. SUSAN ILLSTON
24 individual capacity, JOHN FARRELL, in his  )
   individual capacity, and GERALD A. SIMON, in his )
25 official and individual capacities, and DOES 1  )
   through 15,                          )
26                                      )
27        Defendants.                   )
                                        )
28

The parties in the above captioned action hereby stipulate by and through their undersigned counsel of record to request that this Court modify its November 23, 2011 Scheduling Order (Doc. 54) in order to permit the parties to proceed with fact discovery until January 4, 2012.

Good cause exists for this brief continuance because Defendant Joseph Torres will be unavailable to be deposed until January 4, 2012.

Dated: December 30, 2011                PRICE AND ASSOCIATES

                                        /s/Pamela Price

                                        PAMELA Y. PRICE, Attorneys for Plaintiff
                                        RONALD EL-MALIK CURTIS

Dated: December 30, 2011                FOSTER EMPLOYMENT LAW

                                        /s/Madelyn Jordan-Davis

                                        MADELYN JORDAN-DAVIS, Attorneys for
                                        Defendants CITY OF OAKLAND, JENNIFER
                                        RAY, JOSEPH TORRES, JOHN FARRELL, and
                                        GERALD A. SIMON

### ORDER

The Court having read and considered the Stipulation of Counsel to modify the scheduling order for the purpose of extending the fact discovery until January 4, 2012, and good cause appearing therefore, **IT IS SO ORDERED.**

Dated: 1/6/12

                                        HON. SUSAN ILLSTON
                                        UNITED STATES DISTRICT COURT