PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JOSE F. VERGARA, ESQ. (STATE BAR NO. 251342)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com
E-mail: jvergara@pypesq.com

Attorneys for Plaintiff
RONALD EL-MALIK CURTIS

MICHAEL W. FOSTER, ESQ. (STATE BAR NO. 127691)
MADELYN JORDAN-DAVIS, ESQ. (STATE BAR NO. 181771)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, CA 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952
E-mail: mjd@fosteremploymentlaw.com

Attorneys for Defendants
CITY OF OAKLAND, JENNIFER RAY, JOSEPH TORRES, JOHN FARRELL and GERALD A. SIMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OAKLAND, JENNIFER RAY, in her individual capacity, JOSEPH TORRES, in his individual capacity, JOHN FARRELL, in his individual capacity, and GERALD A. SIMON, in his official and individual capacities, and DOES 1 through 15, <br><br> Defendants. | NO.   C10-00358 SI <br><br> **STIPULATION AND [PR~~OPOSED~~] ORDER MODIFYING THE SCHEDULING ORDER** <br><br> HON. SUSAN ILLSTON |

-1-
STIPULATION AND [PROPOSED] ORDER (C10-0358 SI )

1183P212JFV

The parties in the above captioned action hereby stipulate by and through their undersigned counsel of record to request that this Court modify its November 23, 2011 Scheduling Order (Doc. 54) in order to continue the hearing regarding the Plaintiff's Motion for Summary Adjudication and Defendants' Motion for Summary Judgment or in the Alternative Motion for Partial Summary Judgment from February 10. 2012 to February 17, 2012.  Good cause exists for this brief enlargement of time because Attorney Pamela Y. Price, the lead counsel for Plaintiff Curtis will be out of the country until February 14, 2012.

Dated: January 10, 2012                                      PRICE AND ASSOCIATES

                                                                             /s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for Plaintiff
RONALD E. CURTIS

Dated: January 10, 2012                                      FOSTER EMPLOYMENT LAW

                                                                             /s/ *Madelyn Jordan-Davis*
MADELYN JORDAN-DAVIS, Attorneys for Defendants CITY OF OAKLAND, JENNIFER RAY,  JOSEPH TORRES, JOHN FARRELL, and GERALD A. SIMON

## ORDER

The Court having read and considered the Stipulation of Counsel to modify the scheduling order for the purpose of continuing the hearing regarding the Plaintiff's Motion for Summary Adjudication and Defendants' Motion for Summary Judgment or in the Alternative Motion for Partial Summary Judgment from February 10. 2012 to February 17, 2012, and good cause appearing therefore, **IT IS SO ORDERED**.

Dated: 1/11/12                                      _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT