IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD EL-MALIK CURTIS,           No. C 10-00358 SI

      Plaintiff,                          **JUDGMENT**

  v.

CITY OF OAKLAND, JENNIFER RAY, JOSEPH TORRES, JOHN FARRELL, AND GERALD A. SIMON,

      Defendants.
                                          /

      Defendants' motion for summary judgment is granted and plaintiff's motion for summary judgment is denied. Judgment in favor of defendants and against plaintiff is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 13, 2012

_____
SUSAN ILLSTON
United States District Judge