1   PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
    PRICE AND ASSOCIATES
2   A Professional Law Corporation
    901 Clay Street
3   Oakland, CA 94607
    Telephone: (510) 452-0292
4   Facsimile: (510) 452-5625
    E-mail: pamela.price@pypesq.com
5
    Attorneys for Plaintiff
6   RONALD EL-MALIK CURTIS

7   MADELYN JORDAN-DAVIS, ESQ. (STATE BAR NO. 181771)
    FOSTER EMPLOYMENT LAW
8   3000 Lakeshore Avenue
    Oakland, CA 94610
9   Telephone: (510) 763-1900
    Facsimile: (510) 763-5952
10  E-mail: mjd@fosteremploymentlaw.com

11  Attorneys for Defendants
    CITY OF OAKLAND, JENNIFER
12  RAY, JOSEPH TORRES, JOHN
    FARRELL and GERALD A. SIMON

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17  RONALD EL-MALIK CURTIS,              )  NO.  C10-00358 SI
                                         )
18              Plaintiff,               )  **STIPULATION AND ~~[PROPOSED]~~**
                                         )  **ORDER TO CONTINUE CASE**
19  v.                                   )  **MANAGEMENT CONFERENCE**
                                         )
20  CITY OF OAKLAND, JENNIFER RAY, in her )
    individual capacity, JOSEPH TORRES,  in his )
21  individual capacity, JOHN FARRELL, in his )
    individual capacity, and GERALD A. SIMON, )
22  CHIEF, et al.,                       )
                                         )
23              Defendants.              )
    _____)
24

25          The parties to the above-entitled action hereby stipulate, by and through their respective

26  counsel to continue the Case Management Conference from Friday, June 13, 2014 to

27  July 11, 2014.  Good cause exists for this Stipulation because counsel for the parties have

28

1   scheduling conflicts with the Case Management Conference date and are unavailable during the

2   time to meet and confer to prepare for the Conference.

3   **IT IS SO STIPULATED.**

4   Dated:  June 9, 2014                          PRICE AND ASSOCIATES

5
                                                _/s/_ *Pamela Y. Price*
6                                               PAMELA Y. PRICE, Attorneys for Plaintiff
                                                RONALD EL-MALIK CURTIS
7

8   Dated:  June 9, 2014                          FOSTER EMPLOYMENT LAW

9                                               _/s/_ *Madelyn G. Jordan Davis*
                                                MADELYN G. JORDAN-DAVIS, Attorneys
10                                              for Defendant

11
                                            **ORDER**
12
            Pursuant to the stipulation of counsel and good cause appearing, **IT IS HEREBY**
13
    **ORDERED** that the Case Management Conference is continued to July 11, 2014 at 3:00 p.m.   The
14
    parties shall file a joint Case Management Conference Statement on or before July 3, 2014.
15

16

17
    Dated:  _6/10/14_
18
                                                HON. SUSAN ILLSTON
19                                              UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

1183P300PYP
                                            -2-
                        STIPULATION AND [PROPOSED] ORDER RE: CMC