IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS, | No. C 10-00358 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 27, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

PRETRIAL CONFERENCE DATE: March 17, 2015 at 3:30 PM.

JURY TRIAL DATE: March 30, 2015 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 to 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Spero for settlement

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge