UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 10-cv-00358-SI<br><br>**CASE MANAGEMENT CONFERENCE** |

On March 19, 2015, the Court issued a final pretrial scheduling order in the above-captioned case. Docket No. 204. Jury selection is currently scheduled for August 10, 2015. The Court hereby **ORDERS** the parties to appear before the Court (either in-person, or telephonically) at **3 p.m. on July 31, 2015** for a case management conference. The parties should be prepared to discuss (1) the status of the jury questionnaires to be used as part of voir dire, (2) the status of the parties' witness lists, (3) any other issues the parties believe require the Court's attention. The parties shall file a joint case management statement addressing these and any other relevant issues no later than July 24, 2015.

**IT IS SO ORDERED.**

Dated: June 30, 2015

_____
SUSAN ILLSTON
United States District Judge