UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD EL-MALIK CURTIS,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 10-cv-00358-SI

**ORDER RE: EX PARTE APPLICATION TO EXTEND TRIAL DATE**

Re: Dkt. No. 206

On June 30, 2015, the City filed a motion to postpone trial in this case, currently set to begin August 10, 2015, by seven months to March of 2016. In a sworn declaration, counsel for the City explains that her husband has recently been diagnosed with a terminal illness, and as a result she will need to alter her work-related obligations. The Court is saddened to learn of this unfortunate news, and wishes Ms. Jordan-Davis and her family the best during this difficult time.

The actions giving rise to this lawsuit occurred in 2007, 2008 and 2009. The lawsuit was filed in 2010. In his opposition to the motion to postpone, plaintiff argues that (1) the trial date has already been postponed multiple times, most recently by five months to accommodate the parties' scheduling conflicts, (2) counsel for plaintiff will not be available to try any cases in 2016, and (3) there are a number of other attorneys representing the City who have been working alongside Ms. Jordan-Davis throughout this litigation who could take over for her. The Court is persuaded by these arguments and therefore declines to extend the trial date to March of 2016.

In his opposition, plaintiff suggests moving the trial to November 2, 2015 to allow the City additional time to coordinate change of counsel. **In light of this suggestion, the Court will allow defendants to determine whether they would prefer to move the trial to November 2, 2015,**

**or to proceed as currently scheduled on August 10, 2015.   Defendants are ORDERED to file a notice with the Court no later than July 10, 2015, stating which date they prefer.**

**IT IS SO ORDERED.**

Dated: July 1, 2015

_____
SUSAN ILLSTON
United States District Judge