UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants. | Case No. 3:10-cv-00358-SI<br><br>**ORDER RE TIMING OF JURY TRIAL** |

The jury trial in this action is set for November 2, 2015. On October 15, 2015, plaintiff requested that trial be continued two weeks. That request is denied, on account of the needs of the Court's calendar and defendants' scheduling concerns. However, given the needs of the jury commissioner's office in light of other trials beginning the week of November 2, 2015, the following revised schedule will be followed:

　　　　November 4, 2015:　　Potential jurors will complete questionnaires;

　　　　November 5, 2015, 10:00 am:　Voir dire and selection of jury;

　　　　November 9 - 10, 2015: Jury trial;

　　　　November 16-19, 2015: Jury trial;

　　　　November 23-24, 2015: Jury trial;

　　　　November 30 - December 3, 2015: Jury trial;

　　　　December 7 - 10, 2015: Jury trial.

**IT IS SO ORDERED.**

Dated: October 21, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge