UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. 10-cv-00358-SI<br><br>**ORDER RE: JURY SELECTION**<br><br>Re: Dkt. Nos. 219, 220 |

The Court has reviewed the parties' joint proposed juror questionnaire, Dkt. 219, as well the City of Oakland's proposed additions, Dkt. 220.  **The parties' joint questionnaire is accepted with the exception of questions number 37, 39, and 42, which should be eliminated. The defendant's proposed additions to the questionnaire are not accepted.**

The parties shall provide to the Court a final copy of the questionnaire with these changes by November 2, 2015.  The parties shall deliver 75 blank copies of the joint final juror questionnaire to the jury commissioner's office by 10:00 a.m. November 3, 2015.  The parties shall pick up the completed questionnaires from the jury office on November 4, 2015 by 10:00 a.m.  Counsel is directed to make three sets of copies (one for plaintiff, one for defendants, one for the Court), and return the originals and one copy to the Court by noon on November 4, 2015.

**IT IS SO ORDERED**.

Dated:  October 21, 2015

SUSAN ILLSTON
United States District Judge