UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　　Defendants. | Case No.   3:10-cv-00358-SI<br><br>**JUROR EXCUSALS FOR HARDSHIP** |

Ninety-nine potential jurors have completed questionnaires and availability questionnaires for this trial. The Court has reviewed the availability questionnaires, of which 41 seek to be excused for hardship. The Court finds that the hardship requests are valid and therefore EXCUSES the following potential jurors (identified according to the random numbers assigned by the jury office): #3, #8, #11, #12, #13, #16, #17, #21, #26, #28, #30, #31, #33, #35, #36, #44, #45, #46, #47, #52, #55, #57, #58, #59, #62, #65, #66, #67, #73, #75, #78, #79, #80, #83, #85, #87, #88, #90, #95, #96 and #98.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
SUSAN ILLSTON
United States District Judge