UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 3:10-cv-00358-SI<br><br>**ORDER RE OBJECTIONS TO JURY INSTRUCTIONS** |

PLAINTIFF'S OBJECTIONS:

    Objection to 14: "conduct" will be added at line 10, and defendant Farrell is stricken from the footnote.

    Objections to 15 and 16: Overruled.

    Objection to 18: Will be modified to include "but is not limited to" on line 3.

    Objections to 20 and 25: Overruled.

    Objection to 29: Will be modified to add "such as" at line 6, and add "or protesting or opposing unlawful employment discrimination against employees" at line 7; and substitute "his protected activity" for the filings listed at lines 10, 11 and 12.

    Objection to 32-33: Will be modified to add "or protesting or opposing unlawful employment discrimination against employees" at lines 6, 8 and 11.

    Objection to 36: Will be modified to add "or protesting or opposing unlawful employment discrimination against employees" at lines 9; and substitute "his protected activity" for the filings listed at 12, 13 and 15.

    Objection to 37-39: Will be modified to add "such as" at line 7, and add "or protesting or opposing unlawful employment discrimination against employees" at line 9; and substitute "his

protected activity" for the filings listed at lines 12, 13 and 15.

DEFENDANTS' OBJECTIONS:

Objections to 24 and 25: Will delete instruction 25. Will add language of equal protection clause to line 12 of instruction 24, and delete lines 14-20 of instruction 24.

Objection to 26: Same changes will be made to lines 11-18 as in instruction 24.

Objection to 27: Same changes will be made to lines 10-18 as in instruction 24.

Defendants' remaining objections are overruled.

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
SUSAN ILLSTON
United States District Judge