UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants. | Case No.  3:10-cv-00358-SI<br><br>**ORDER ON OBJECTIONS TO VERDICT FORM** |

PLAINTIFF'S OBJECTIONS:

  Objections to Part B, question 1-a and Part E, questions 2 and 4:  Overruled.

  Objection to Part F, question 1:  Will delete words "emotional distress" on line 11.

DEFENDANTS' OBJECTIONS:

  Passim:  Will add the word "racially" before every reference to hostile work environment.

  Passim:  Will add "under federal law" as requested.

**IT IS SO ORDERED**.

Dated:  December 7, 2015

_____
SUSAN ILLSTON
United States District Judge