UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD EL-MALIK CURTIS,

Plaintiff,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No. 10-cv-00358-SI

**JURY VERDICT FORMS**

**Please carefully read and complete this form in the order in which it is presented. Be sure to review the referenced jury instruction at the end of each question, as well as Jury Instructions Nos. 39, 40, 41, and 42.**

## PART A

### CLAIMS AGAINST DEFENDANT JOSEPH TORRES

A(1).  Did Ronald Curtis prove, by a preponderance of the evidence, that he was subjected to a racially hostile work environment by Joseph Torres under federal law? *See* **Jury Instruction No. 22.**

\_\_\_\_ Yes      _X_ No

Regardless of your answer to this question, please answer the next question.

A(2).  Did Ronald Curtis prove, by a preponderance of the evidence, that Joseph Torres retaliated against Mr. Curtis? *See* **Jury Instruction No. 34.**

\_\_\_\_ Yes      _X_ No

If you answered "yes" to either A(1) or A(2), please answer the next question. If you answered "No" to both A(1) and A(2), please go directly to Part B.

A(3).  Did Ronald Curtis prove, by a preponderance of the evidence, that he suffered an actual harm because of the deprivation of his 42 U.S.C. § 1981 or equal protection rights by Joseph Torres? *See* **Jury Instruction No. 25.**

\_\_\_\_ Yes      \_\_\_\_ No

Regardless of your answer to this question, please answer the next question.

If the answer to Question A(1) and/or Question A(2) is "Yes," then please answer the following question. If the answer to Question A(3) is "No," then your answer to this question must be "No."

A(4).  Did Ronald Curtis prove, by a preponderance of the evidence, that the conduct of

United States District Court
Northern District of California

Joseph Torres which harmed Mr. Curtis was malicious, oppressive or in reckless disregard of Mr. Curtis's rights, as those terms have been defined to you in these instructions? *See* **Jury Instruction No. 38.**

\_\_\_\_\_ Yes         \_\_\_\_\_ No

Please go to Part B.

## PART B

## CLAIMS AGAINST DEFENDANT JENNIFER RAY

If your answer to Question A(1) and/or Question A(2) is "Yes," please answer Question B(1); if not, go directly to Question B(2).

B(1). Did Mr. Curtis prove, by a preponderance of the evidence, that:

Jennifer Ray directed Joseph Torres in the act(s) that deprived Mr. Curtis of his rights;

*or*

Jennifer Ray set in motion a series of acts by Joseph Torres that she knew, or reasonably should have known, would cause Joseph Torres to deprive Mr. Curtis of his rights;

*or*

(a) Jennifer Ray knew, or reasonably should have known, that Joseph Torres was engaging in these act(s) and that their conduct would deprive Mr. Curtis of these rights; *and*

(b) Jennifer Ray failed to act to prevent Joseph Torres from engaging in such conduct?

***See* Jury Instruction No. 24.**

\_\_\_\_ Yes      _X_ No

Regardless of your answer to this question, please answer the next question.

B(2). Did Ronald Curtis prove, by a preponderance of the evidence, that Jennifer Ray retaliated against Mr. Curtis? ***See* Jury Instruction No. 33.**

\_\_\_\_ Yes      _X_ No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question B(4).

B(3). Did Ronald Curtis prove, by a preponderance of the evidence, that he suffered an actual

harm because of the deprivation of his 42 U.S.C. § 1981 or equal protection rights by Jennifer Ray? *See* **Jury Instruction No. 23.**

\_\_\_\_\_ Yes          \_\_\_\_\_ No

Regardless of your answer to this question, please answer the next question.

If the answer to Question B(1) is "Yes," then please answer the following question. If the answer to Question B(1) is "No," go directly to B(5).

   B(4).   Did Ronald Curtis prove, by a preponderance of the evidence, that the conduct of Jennifer Ray in Question B(1) which harmed Mr. Curtis was malicious, oppressive or in reckless disregard of Mr. Curtis's rights, as those terms have been defined to you in these instructions? *See* **Jury Instruction No. 38.**

\_\_\_\_\_ Yes          \_\_\_\_\_ No

If the answer to Question B(2) is "Yes," then please answer the following question. If the answer to Question B(3) is "No," then your answer to this question must be "No." If the answer to Question B(2) is "No," go directly to Part C.

   B(5).   Did Ronald Curtis prove, by a preponderance of the evidence, that the conduct of Jennifer Ray in Question B(2) which harmed Mr. Curtis was malicious, oppressive or in reckless disregard of Mr. Curtis's rights, as those terms have been defined to you in these instructions? *See* **Jury Instruction No. 38.**

\_\_\_\_\_ Yes          \_\_\_\_\_ No

Please go to Part C.

# PART C

## CLAIMS AGAINST DEFENDANT GERALD SIMON

C(1). Did Ronald Curtis prove, by a preponderance of the evidence, that Gerald Simon retaliated against Mr. Curtis? *See* **Jury Instruction No. 35.**

\_\_\_\_ Yes       **X** No

If your answer to this question is "Yes," then please answer the next question.

C(2). Did Ronald Curtis prove, by a preponderance of the evidence, that the conduct of Gerald Simon which harmed Mr. Curtis was malicious, oppressive or in reckless disregard of Mr. Curtis's rights, as those terms have been defined to you in these instructions? *See* **Jury Instruction No. 38.**

\_\_\_\_ Yes       \_\_\_\_ No

Please go to Part D.

# PART D

## CLAIMS AGAINST DEFENDANT CITY OF OAKLAND

D(1). Did Ronald Curtis prove, by a preponderance of the evidence, that he was subjected to a racially hostile work environment by a non-immediate supervisor and/or co-worker under federal law? *See* **Jury Instruction No. 14.**

\_\_\_\_\_ Yes     __X__ No

Regardless of your answer to this question, please answer the next question.

D(2). Did Ronald Curtis prove, by a preponderance of the evidence, that Joseph Torres was a supervisor under federal law? *See* **Jury Instruction No. 15.**

__X__ Yes     \_\_\_\_\_ No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," then go directly to Question D(4).

D(3). Did Mr. Curtis prove, by a preponderance of the evidence, that he was subjected to a racially hostile work environment by Joseph Torres under federal law? *See* **Jury Instruction No. 15.** If you answered "Yes" to Question A(1), then your answer to this question must be "Yes." If you answered "No" to Question A(1), then your answer to this question must be "No."

\_\_\_\_\_ Yes     __X__ No

Regardless of your answer to this question, please answer the next question.

D(4). Did Mr. Curtis prove, by a preponderance of the evidence, that he was subjected to a racially hostile work environment by the City of Oakland under state law? *See* **Jury Instruction No. 17**.

\_\_\_\_\_ Yes     __X__ No

Regardless of your answer to this question, please answer the next question.

D(5).  Did Mr. Curtis prove, by a preponderance of the evidence, that the City of Oakland retaliated against Mr. Curtis under state law? *See* **Jury Instruction Nos. 29 and/or 30.**

\_\_\_\_ Yes    _X_ No

Regardless of your answer to this question, please answer the next question.

D(6).  Did Mr. Curtis prove, by a preponderance of the evidence, that the City of Oakland retaliated against Mr. Curtis under federal law? *See* **Jury Instruction Nos. 26 and/or 27.**

\_\_\_\_ Yes    _X_ No

Please go to Part E.

# PART E

# DAMAGES

If you answered "No" to <u>all</u> of the questions that you were asked to complete, then go directly to the bottom of this page, and sign and date it. If you answered "Yes" to any of the above questions, please complete the following. If, however, you answered "Yes" only to Question D(2), then go directly to the bottom of this page, and sign and date it.

**Compensatory Damages**

*See* **Jury Instruction No. 36.**

- What is the total amount of damages that Ronald Curtis proved, in accordance with the instructions you have been given and the evidence in the case?

  $ _____

If you do not award compensatory damages, you may to award nominal damages below:

**Nominal Damages**

*See* **Jury Instruction No. 37.**

- What is the total amount of nominal damages that Mr. Curtis proved, in accordance with the instructions you have been given and the evidence in this case? Note that nominal damages may not exceed one dollar.

  $ _____

Once you have completed the entire verdict form, please sign and date it below:

Dated: 12-8-15



_____
Foreperson

9