UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD EL-MALIK CURTIS,

    Plaintiff.

  v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 10-cv-00358-SI

**AMENDED
JUDGMENT IN A CIVIL CASE**

    This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding.  The issues having been tried before the Court and special verdict rendered on December 8, 2015.

    IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of Joseph Torres, Jennifer Ray, Gerald Simon, and the City of Oakland, and against Ronald El-Malik Curtis.

    **IT IS SO ORDERED AND ADJUDGED**

Dated: 12/10/15

_____
Honorable Susan Illston
U.S. District Judge