AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

RONALD EL-MALIK CURTIS,  )
Plaintiff.  )
v.  )      Case No.: 10-cv-00358-SI
CITY OF OAKLAND, et.al.,  )
Defendants.  )

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___12/10/2015___ against ___Ronald Curtis___ ,
                                                                      *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 956.29 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 3,595.22 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 283.67 |
| Fees for witnesses *(itemize on page two)*  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,068.41 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 6,903.59 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  ___/s/Madelyn Jordan-Davis___

Name of Attorney:  Madelyn Jordan-Davis

For: ___CITY OF OAKLAND___          Date: ___12/16/2015___
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
   *Clerk of Court*                        *Deputy Clerk*                        *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

I.      **FEES FOR SERVICE OF SUMMONS AND SUBPOENA**

Service of Deposition Subpoena for Edward J. Hyman Ph.D.          $105.00

Service of Deposition Subpoena for Dr. Paul T. Guillory, Ph.D.      $ 75.00

Service of Deposition Subpoena for Tracy Smith PSYD                $100.00

Service of Deposition Subpoena for Mariko Ono, LCSW               $230.29

Service of Trial Subpoena for Charles Lightfoot                   $195.00

Service of Trial Subpoena for Christian Mercado                   $120.00

Service of Trial Subpoena for Tracy Smith                         $131.00

**Total: $956.29**

II.     **FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE**

Deposition Transcript of Tracy Smith, PSYD                       $  932.00

Deposition Transcript of Paul T. Guillory, Ph.D.                 $1,353.22

Copy of Videotaped Deposition of Ronald Curtis                   $   50.00

Text Synchronization of the Deposition of Ronald Curtis          $1,260.00

**Total: $3,595.22**

III.    **FEES AND DISPURSEMENTS FOR PRINTING**

Copies of Appellate Brief                                        $ 283.67

**Total: $ 283.67**

IV.     **FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

Copies & Production of Trial Exhibits for Trial Date - March 26, 2015    $  995.82

Copies & Production of Updated Trial Exhibits for Trial Date – Nov. 9, 2015    $  801.75

Copies of Juror Questionnaires                                   $  270.84

**Total: $2,068.41**

**TOTAL:          $6,903.59**

**COPIES OF ALL INVOICES ARE ATTACHED**

FOSTER Employment Law
3000 Lakeshore Avenue
Oakland, California 94610

CURTIS V. CITY OF OAKLAND, ET AL.                    DEFENDANTS' ITEMIZATION OF COSTS
CASE NO. 3:10-CV-00358-SI

# FEES FOR SERVICE OF SUMMONS AND SUBPOENA





P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

# QUEST DISCOVERY SERVICES

http://www.questds.com/

**Original**

| | |
|---|---|
| Bill to: FOS011 | Invoice #: SRB400248 |

ATTN: MADELYN JORDAN-DAVIS, ESQ.
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA 94610

Ordered by:

| | |
|---|---|
| Order Date: | 09/12/14 |
| Depo Date: | 09/25/14 |
| Invoice Date: | 09/25/14 |
| Case    #: | C10000358SI |
| Date of Loss: | |
| Client File #: | CURTIS |
| Claim    #: | |
| Insured: | |

Pertaining to:  RONALD EL-MALIK CURTIS VS. CITY OF OAKLAND, et al.
From:      EDWARD J. HYMAN PH.D., 39 SEACAPE DR SAUSALITO, CA 94965-9760

CHARGES:

| | |
|---|---|
| FILE SET-UP | 20.00 |
| RUSH SERVICE CHARGE | 25.00 |
| PERSONAL SERVE | 60.00 |

**RUSH!**

Comments:
SERVICE OF PROCESS - THANK YOU!

| | |
|---|---|
| Gross: | 105.00 |
| Tax: | .00 |
| Shipping / Handling: | .00 |
| **Total:** | **105.00** |

Invoices are not paid within 90 days, a $20 late fee may be accessed monthly.

(Remittance Portion)

| | |
|---|---|
| Invoice #: | **SRB400248** |
| Quest Discovery Services PO Box 49051 San Jose, CA  95161-9051 | Total Due: **105.00** |
| | Bill To:    FOS011 |
| | Ship To: |



E M/F/D/V

Ihoser / INVOICE



**Invoice**

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 76-2662336

*Quality • Uniformity • Excellence • Service • Teamwork*

## UEST DISCOVERY SERVICES

**Original**

http://www.questds.com/

Bill to:
FOS011

ATTN: MADELYN JORDAN-DAVIS, ESQ.
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA 94610

Ordered by:

| | |
|---|---|
| Invoice #: | SJB401179 |
| Order Date: | 09/11/14 |
| Depo Date: | 09/26/14 |
| Invoice Date: | 10/09/14 |
| Case #: | C10000358SI |
| Date of Loss: | |
| Client File #: | CURTIS |
| Claim #: | |
| Insured: | |

Pertaining to: RONALD EL-MALIK CURTIS VS. CITY OF OAKLAND, et al.
From: DR. PAUL T. GUILLORY, PH.D., 2940 SUMMIT STREET OAKLAND, CA 94609

CHARGES:

| | |
|---|---|
| FILE SET-UP | 20.00 |
| RUSH SERVICE CHARGE | 25.00 |
| ATTEMPTED PERSONAL SERVICE | 30.00 |

**RUSH!**

Comments:
WE ATTEMPTED SERVICE OF PROCESS WITHOUT SUCCESS. PER YOUR
INSTRUCTIONS OUR FILE IS BEING CLOSED. THANK YOU!

| | |
|---|---|
| Gross: | 75.00 |
| Tax: | .00 |
| Shipping / Handling: | .00 |
| **Total:** | **75.00** |

Invoices are not paid within 90 days, a $20 late fee may be accessed monthly.

(Remittance Portion)

Quest Discovery Services
PO Box 49051
San Jose, CA  95161-9051

| | |
|---|---|
| Invoice #: | **SJB401179** |
| Total Due: | **75.00** |
| Bill To: | FOS011 |
| Ship To: | |

E M/F/D/V

epass / INVOICE

# qps

## Invoice

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 76-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

**Original**

http://www.questds.com/

| Bill to: | |
|---|---|
| FOS011 | ATTN: MADELYN JORDAN-DAVIS, ESQ.<br>FOSTER EMPLOYMENT LAW<br>3000 LAKESHORE AVENUE<br>OAKLAND, CA 94610 |

Ordered by:

| | |
|---|---|
| Invoice #: | SJB401180 |
| Order Date: | 09/11/14 |
| Depo Date: | 09/26/14 |
| Invoice Date: | 10/24/14 |
| Case #: | C10000358SI |
| Date of Loss: | |
| Client File #: | CURTIS |
| Claim #: | |
| Insured: | |

Pertaining to: RONALD EL-MALIK CURTIS VS. CITY OF OAKLAND, et al.
From: TRACY SMITH PSYD, 901 NEVIN AVENUE RICHMOND, CA 94801

CHARGES:

| | |
|---|---|
| FILE SET-UP | 20.00 |
| SAME DAY RUSH | 40.00 |
| PERSONAL SERVE | 40.00 |

**RUSH!**

Comments:
RUSH SERVICE OF PROCESS - THANK YOU!

| | |
|---|---|
| Gross: | 100.00 |
| Tax: | .00 |
| Shipping / Handling: | .00 |
| **Total:** | **100.00** |

' Invoices are not paid within 90 days, a $20 late fee may be accessed monthly.

(Remittance Portion)

Quest Discovery Services
PO Box 49051
San Jose, CA  95161-9051

| | |
|---|---|
| Invoice #: | **SJB401180** |
| Total Due: | **100.00** |
| Bill To: | FOS011 |
| Ship To: | |



EOE M/F/D/V

body / INVOICE

# ONE LEGAL
### ONLINE COURT SERVICES

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

## Invoice

| Date | 1/15/2015 |
|---|---|
| Acct. No. | 0017042 |
| Invoice # | 10194235 |
| Due Date | 2/14/2015 |

**Bill to:**
Foster Employment Law
Terri Smith
3000 Lake Shore Avenue
Oakland CA 94610

| | |
|---|---|
| Sales Order: | 1775070 |
| Firm Contact: | Madelyn Jordan-Davis |
| Filer Name: | Sandra Savage |
| Billing Code: | Curtis |
| Plaintiff: | Ronald El-Malik Curtis |
| Defendant: | City of Oakland, et al. |
| Documents: | Subpoena |
| Court Branch: | United States District Court, Northern District of California |
| Target: | |

**Served:**

**ve Info:**
Mariko Ono, LCSW
1617 SE 76th Avenue
Portland OR 97215

| Item | Amount |
|---|---|
| Standard Process Serving | 169.95 |
| Witness Fees | 60.34 |
| | |
| **Total** | **$230.29** |
| | |
| **Balance Due** | **$230.29** |



# Invoice

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

**Original**

http://www.questds.com/

Bill to:
FOS011

ATTN: MADELYN JORDAN-DAVIS, ESQ.
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA 94610

| | |
|---|---|
| Invoice #: | SJB501133 |
| Order Date: | 11/12/15 |
| Depo Date: | 11/16/15 |
| Invoice Date: | 11/29/15 |
| Case          #: | 310CV00358SI |
| Date of Loss: | |
| Client File #: | |
| Claim          #: | |
| Insured: | |

Ordered by:

Pertaining to:  RONALD EL-MALIK CURTIS VS. CITY OF OAKLAND, et al.
RONALD EL-MALIK CURTIS
From:          CHARLES LIGHTFOOT, 1605 MARTIN LUTHER KING, JR. WAY OAKLAND, CA 94612

CHARGES:

| | |
|---|---:|
| FILE SET-UP | 20.00 |
| SUBPOENA PREPARATION | 25.00 |
| RUSH SERVICE CHARGE | 25.00 |
| ATTEMPTED PERSONAL SERVICE | 50.00 |
| SERVICE AFTER HOURS | 75.00 |

## RUSH!

Comments:
**SERVICE OF PROCESS - THANK YOU!**

| | |
|---|---:|
| Gross: | 195.00 |
| Tax: | .00 |
| Shipping / Handling: | .00 |
| **Total:** | **195.00** |

Payment due 30 days from invoice date, a $20 late fee may be accessed monthly for invoices 90 days past invoice date.

(Remittance Portion)

| | |
|---|---:|
| Invoice #: | **SJB501133** |

Quest Discovery Services
PO Box 49051
San Jose, CA  95161-9051

| | |
|---|---:|
| Total Due: | **195.00** |
| Bill To: | FOS011 |
| Ship To: | |



EOE M/F/D/V

becky / INVOICE

# qds

# Invoice

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

**Original**

http://www.questds.com/

| | |
|---|---|
| Bill to:<br>FOS011 | ATTN: MADELYN JORDAN-DAVIS, ESQ.<br>FOSTER EMPLOYMENT LAW<br>3000 LAKESHORE AVENUE<br>OAKLAND, CA 94610 |

Ordered by:

| | |
|---|---|
| Invoice #: | SJB501138 |
| Order Date: | 11/13/15 |
| Depo Date: | 11/23/15 |
| Invoice Date: | 11/28/15 |
| Case        #: | 310CV00358SI |
| Date of Loss: | |
| Client File  #: | |
| Claim       #: | |
| Insured: | |

Pertaining to:  RONALD EL-MALIK CURTIS VS. CITY OF OAKLAND, et al.
RONALD EL-MALIK CURTIS
From:          CHRISTIAN MERCADO, 1605 MARTIN LUTHER KING JR., WAY OAKLAND, CA 94612

CHARGES:

| | |
|---|---|
| FILE SET-UP | 20.00 |
| SUBPOENA PREPARATION | 25.00 |
| ATTEMPTED SERVICE/BAD ADDRESS | 35.00 |
| PERSONAL SERVE | 40.00 |

Comments:
**SUB-SERVICE WAS COMPLETED. THANK YOU!**

| | |
|---|---|
| Gross: | 120.00 |
| Tax: | .00 |
| Shipping / Handling: | .00 |
| **Total:** | **120.00** |

Payment due 30 days from invoice date, a $20 late fee may be accessed monthly for invoices 90 days past invoice date.

(Remittance Portion)

| | |
|---|---|
| Invoice #: | **SJB501138** |

Quest Discovery Services
PO Box 49051
San Jose, CA  95161-9051

| | |
|---|---|
| Total Due: | **120.00** |
| Bill To: | FOS011 |
| Ship To: | |



EOE M/F/D/V

becky / INVOICE



P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

# Invoice

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

**Original**

http://www.questds.com/

Bill to:
FOS011

ATTN: MADELYN JORDAN-DAVIS, ESQ.
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA 94610

Ordered by:

| | |
|---|---|
| Invoice #: | SJB501083 |
| Order Date: | 10/30/15 |
| Depo Date: | 11/09/15 |
| Invoice Date: | 11/29/15 |
| Case        #: | C1000358SI |
| Date of Loss: | |
| Client File #: | |
| Claim       #: | |
| Insured: | |

Pertaining to:  CURTIS VS. CITY OF OAKLAND, et al.
From:              TRACY SMITH, 901 NEVIN AVENUE RICHMOND, CA 94801

CHARGES:

| | |
|---|---|
| FILE SET-UP | 20.00 |
| SUBPOENA PREPARATION | 25.00 |
| WITNESS FEE-CK 1185480 | 46.00 |
| PERSONAL SERVE | 40.00 |

Comments:
**SERVICE OF PROCESS - THANK YOU!**

| | |
|---|---|
| Gross: | 131.00 |
| Tax: | .00 |
| Shipping / Handling: | .00 |
| **Total:** | **131.00** |

Payment due 30 days from invoice date, a $20 late fee may be accessed monthly for invoices 90 days past invoice date.

(Remittance Portion)

| | |
|---|---|
| Invoice #: | **SJB501083** |

Quest Discovery Services
PO Box 49051
San Jose, CA  95161-9051

| | |
|---|---|
| Total Due: | **131.00** |
| Bill To: | FOS011 |
| Ship To: | |



EOE M/F/D/V

becky / INVOICE

# FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS

# Invoice

## D&A

# Doucette & Associates

Certified Deposition Notaries

1219 Marin Street, Vallejo, CA 94590

(707) 554-9970        TAX ID #27-3162091

| Date | Invoice # |
|------|-----------|
| 3/5/2015 | 76911 |

**To:**

MADELYN G. JORDAN-DAVIS, ESQ.
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA  94610

**Subject**

CURTIS v. CITY OF OAKLAND
CASE #C10-00358-SI

| Description | Amount |
|-------------|--------|
| Reporting and transcribing deposition testimony of TRACY SMITH, PSYD, taken TUESDAY, FEBRUARY 24, 2015 (original plus one certified transcript) | 932.00 |

**\*\*NOTE\*\*** INVOICES ARE DUE AND PAYABLE UPON RECEIPT.
DELINQUENT ACCOUNTS (OVER 30 DAYS OLD) ARE
SUBJECT TO A LATE FEE OF 1.5% PER MONTH.

| **Total** | $932.00 |
|-----------|---------|

# Invoice

## D&A
## Doucette&Associates
### Certified Deposition Notaries
1219 Marin Street, Vallejo, CA 94590
(707) 554-9970        TAX ID #27-3162091

| Date | Invoice # |
|------|-----------|
| 3/8/2015 | 76961 |

**To:**

MADELYN JORDAN-DAVIS, ESQ.
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA  94610

**Subject**

CURTIS v. CITY OF OAKLAND
CASE #C10-00358-SI

| Description | Amount |
|-------------|--------|
| Reporting and transcribing deposition testimony of PAUL T. GUILLORY, PH.D. taken THURSDAY, MARCH 5, 2015 (original plus one certified transcript; expedited) | 1,353.22 |

**\*\*NOTE\*\*** INVOICES ARE DUE AND PAYABLE UPON RECEIPT. DELINQUENT ACCOUNTS (OVER 30 DAYS OLD) ARE SUBJECT TO A LATE FEE OF 1.5% PER MONTH.

| **Total** | **$1,353.22** |
|-----------|---------------|

# INVOICE

Aiken Welch Court Reporters
One Kaiser Plaza, Suite 250
Oakland CA  94612
Phone:(510) 451-1580   Fax:(510) 451-3797

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144424 | 10/29/2015 | 48312 |

| Job Date | Case No. | |
|---|---|---|
| 10/21/2015 | | |

| Case Name | |
|---|---|
| Ronald El' Malik Curtis v. City of Oakland | |

| Payment Terms | |
|---|---|
| 1.5% monthly interest after 30 days | |

Terri Smith
Foster Employment Law
3000 Lakeshore Avenue
Oakland CA  94610

VIDEOGRAPHY SERVICES
  Ronald El' Malik Curtis (Video)
    Videographer - MPEG 1                                          50.00          50.00

                                            TOTAL DUE  >>>                    $50.00

2nd copy burn fee only

PAYMENT IS NOT CONTINGENT UPON CLIENT OR INSURANCE CARRIER REIMBURSEMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 30 DAYS OF INVOICE DATE OTHERWISE THE BILLING WILL BE DEEMED
AS ACCEPTED AS PRESENTED.

Tax ID: 94-2832206

*Please detach bottom portion and return with payment.*

Terri Smith
Foster Employment Law
3000 Lakeshore Avenue
Oakland CA  94610

Job No.      : 48312          BU ID        : VIDEO
Case No.     :
Case Name    : Ronald El' Malik Curtis v. City of Oakland

Invoice No.  : 144424          Invoice Date  : 10/29/2015
**Total Due**  : **$ 50.00**

Remit To: **Aiken Welch Court Reporters**
          **One Kaiser Plaza, Suite 250**
          **Oakland CA  94612**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Stuart Pettigrew Video Service
4521 Adeline Street
Emeryville, CA 94608
510.469.7440, Fax 595.0977
2art@ix.netcom.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/26/2015 | 5768 |

| BILL TO | SHIP TO |
|---------|---------|
| Foster Employment Law<br>3000 Lakeshore Av.<br>Oakland, CA 94610<br>Re: Maloney & Jordan-Davis | Hand delivered to Foster<br>Employment Law 10/22-26 |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/25/2015 | |

| ITEM | DESCRIPTION | QTY | RATE($) | AMOUNT($) |
|------|-------------|-----|---------|-----------|
| Text Synchronization | Create Text Synchronized DVD Data Disks of the deposition of Ronald El-Malik Curtis, Curtis  vs, City of Oakland, et al. Taken on 9_27_2010, 10_31_2011 and 12_29_2011.<br><br>14 hours testimony encoded to MPEG-2, synchronized w/the transcript and copied to 9 DVD Data Disks. | 14 | 90.00 | 1,260.00 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 1,260.00 |
| 1.39% Tax | |
| **Total** | 1,260.00 |

# FEES AND DISBURSEMENTS FOR PRINTING

# RICOH

# INVOICE

| | |
|---|---|
| Invoice # | OAK13040057 |
| Invoice Date: | 04/09/2013 |
| Due Date: | 05/09/2013 |
| Terms: | Net 30 Days |
| Customer Code: | OAK-FOS |
| Natl ID: | 66517 |

ic: 3A, Inc. - Oakland, CA
one: (510) 839-6399    Fax: (510) 839-7834
deral ID: 230334400

**BILL TO:**
FOSTER EMPLOYMENT LAW
3000 LAKESHORE
OAKLAND, CA 94610

**SHIP TO:**
FOSTER EMPLOYMENT LAW
3000 LAKESHORE
OAKLAND, CA 94610

Attn: IILANA S. PEARLMAN

rice using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| RONALD EL-MALIK CURTIS | | | Marcus Turner |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| O-1304-0051 | 04/09/2013 | IILANA S. PEARLMAN - FOSTER EMPLOYMENT LAW | | | | |
| 605 | | Binds - Velo | 6.00 | 2.5000 | | 15.00 |
| 634 | | Tabs (Alpha/Numeric) | 84.00 | 0.3500 | | 29.40 |
| 728 | | Prints w/ Assembly | 1,176.00 | 0.1100 | | 129.36 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 173.76 |
| Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Sales Tax: | 15.64 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT**  $ | **189.40** |

IE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

eceived/Accepted by: {Print} _____ {Signature} _____ Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
FOSTER EMPLOYMENT LAW
3000 LAKESHORE
O/ AND, CA 94610

| Amount Enclosed |
|---|
| $ |

**Invoice:** OAK13040057
Invoice Date: **04/09/2013**
Due Date: **05/09/2013**
Customer Code: **OAK-FOS**
natl id: 66517

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Western District - OAK
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT**  $ **189.40**

Page 1 of 1

# RICOH

# INVOICE

| Invoice # | OAK13040105 |
| Invoice Date: | 04/17/2013 |
| Due Date: | 05/17/2013 |
| Terms: | Net 30 Days |
| Customer Code: | OAK-FOS |
| Natl ID: | 66517 |

... 3A, Inc. - Oakland, CA
one. (510) 839-6399    Fax: (510) 839-7834
deral ID: 230334400

**BILL TO:**
**FOSTER EMPLOYMENT LAW**
3000 LAKESHORE
OAKLAND, CA 94610

**SHIP TO:**
**FOSTER EMPLOYMENT LAW**
3000 LAKESHORE
OAKLAND, CA 94610

Attn: SANDRA SAVAGE

...ice using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| C 10-0358SI | Curlis | | Marcus Turner |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| ...1304-0102 | 04/17/2013 | SANDRA SAVAGE - FOSTER EMPLOYMENT LAW | | | | |
| 605 | | Binds - Velo | 10.00 | 2.5000 | | 25.00 |
| 566 | | B&W Copies B - Light Litigation | 559.00 | 0.1100 | | 61.49 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 86.49 |
| | Sales Tax: | 7.78 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **94.27** |

...E PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

...ceived/Accepted by: {Print} _____    {Signature} _____    Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
FOSTER EMPLOYMENT LAW
3000 LAKESHORE
O...AND, CA 94610

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** OAK13040105
Invoice Date: **04/17/2013**
Due Date: **05/17/2013**
Customer Code: **OAK-FOS**
natl id: 66517

Please Remit To:
Ricoh USA, Inc.
Legal Document Services Western District - OAK
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT  $  94.27**

# FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS

# KWIK KOPY PRINTING

416 - 14th Street, Oakland, CA 94612
Tel: (510) 763-4532 • Fax: (510) 763-6978

Date: 3-4-2015

Company name: Foster Employment Law
Address: 3000 Lakeshore Ave, Oakland CA94610
Tel: 763-1900       by: Trako M. Drevon
Description:       Curtis

| No. Orig | No. Cop. | Description | price |
|----------|----------|-------------|-------|
| 619 | 1 set | B&W printout | 202.85 |
|  |  | Blue sheets inserted |  |
|  |  | & set up |  |
|  |  | w/ 3-hole punched |  |
|  |  | paper |  |
|  |  | 1-sided & 2-sided |  |

Collating: _____

Stapling: _____

Velo Bind: _____

GBC Bind: _____

Other: _____

## 25209

Sub.: 202.85

Tax: 18.26

Total: 221.11

Received by: T. Smit       Date: 3/4/15

Paid: ☐ Cash   ☐ Check   ☐ credit



# Invoice

| PAYMENT DUE DATE | Invoice Date | Invoice # |
|---|---|---|
| 4/15/2015 | 3/16/2015 | 29517 |

Remittance Address:

1539-C Third Avenue
Walnut Creek, CA  94597

**Phone:  (925) 478-8222**
**Fax:      (925) 478-8223**
**Web:    www.QUiVX.com**

Oakland | Walnut Creek | Las Vegas

**Forward Invoice to Accounts Payable**

Bill To

Foster Employment Law
3000 Lakeshore Avenue
Oakland, CA 94610

Phone:  (510) 763-1900        Fax:  (510) 763-5952

| P.O. No. | Payment Terms | Account Manager | Ordered By | Client Matter | QUiVX Job # |
|---|---|---|---|---|---|
| | Net 30 | RQ | Yroko | Curtis v. Oaklad Fire Dept | 405414 |

| Quantity | Description | Item | Amount |
|---|---|---|---|
| | JOB DESCRIPTION: COPY EXHIBIT BINDER X2, MATCH TABS AND INSERT INTO CLIENT PROVIDED BINDER;  PRINT FILES X3 INSERT TABS PER EXHIBIT SHEET, AND RUBBERBAND PER SET, AND SATURDAY DELIVERY | | |
| 2,639 | Heavy Litigation Copy Services | Level 4 Litigation | 514.61T |
| 609 | Pre-printed/stocked side or bottom tabs | Alpha & Numeric Tabs | 194.88T |
| 1 | Rebind originals as provided | Rebind Originals | 1.25T |
| | 9.00% Alameda County Sales Tax | | 63.97 |

Received by:

Signature:                    Printed Name:

| **Total** | $774.71 |
|---|---|

To pay by Credit Card please call: (925) 693-0881 or

Pay online at: https://ipn.intuit.com/8cnq54dn

OUR PAYMENT TERMS HAVE CHANGED. Past due invoices will incur a 1.5% late fee each month. All past due invoices are immediately subject to third party collections and may result in a suspended account. Please remit payment promptly. You may not wait for your client to pay.

Please make checks payable to:  QUiVX
Tax Information:  QUiVX, Inc.  Tax ID#: 26-4735334
(Corporation)

# RICOH

## INVOICE

| | OAK15100096 |
|---|---|
| Invoice Date: | 10/30/2015 |
| Due Date: | 11/29/2015 |
| Terms: | Net 30 Days |
| Account: | 19217504 |
| Natl ID: | 66517 |

Ricoh USA, Inc. - Oakland, CA

Phone: (510) 839-6399    Fax: (510) 839-7834

Code: 230334400

**BILL TO / SHIP TO:**
**FOSTER EMPLOYMENT LAW**
Attn: Accounts Payable
3000 LAKESHORE AVE
OAKLAND, CA 94610-3615

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Curtis v. City Of Oakland | Tabs #300-475 | | House Account |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| O-1510-0208 | 10/29/2015 | TERRY SMITH - FOSTER EMPLOYMENT LAW | | | | |
| 634 | | Tabs (Alpha/Numeric) | 1,026.00 | 0.3000 | | 307.80 |

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 307.80 |
| Sales Tax: | 29.24 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 337.04 |

Received/Accepted by: {Print} _____ {Signature} _____ Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**FOSTER EMPLOYMENT LAW**
3000 LAKESHORE AVE
OAKLAND, CA 94610-3615

| Amount Enclosed |
|---|
| $ |

Invoice: OAK15100096
Invoice Date: 10/30/2015
Due Date: 11/29/2015
Account: 19217504
natl id: 66517

**Please Remit To:**
Ricoh USA, Inc.
Western District - OAK
P O Box 31001-0850
Pasadena, CA 91110-0850

**PAY THIS AMOUNT** $ 337.04

# QUiVX
eDiscovery & Document Solutions

# Invoice

| PAYMENT DUE DATE | Invoice Date | Invoice # |
|---|---|---|
| *12/4/2015* | 11/4/2015 | 31857 |

Remittance Address:

1539-C Third Avenue
Walnut Creek, CA  94597

**Phone:  (925) 478-8222**
**Fax:     (925) 478-8223**
**Web:    www.QUiVX.com**

Oakland | Walnut Creek | Las Vegas

**Forward Invoice to Accounts Payable**

**Bill To**

Foster Employment Law
3000 Lakeshore Avenue
Oakland, CA 94610

Phone:  (510) 763-1900          Fax:  (510) 763-5952

| P.O. No. | Payment Terms | Account Manager | Ordered By | Client Matter | QUiVX Job # |
|---|---|---|---|---|---|
| | Net 30 | JLM | Terri | Curtis | 406370 |

| Quantity | Description | Item | Amount |
|---|---|---|---|
| | JOB DESCRIPTION: Scanned client provided Exhibit binder to client provided thumbdrive | | |
| 553 | Printing from file with medium assembly such as creating breaks or inserting tabs. | Blowback w/Medium Assembly | 56.30T |
| 16 | Color prints from disc, e-mail, or hard drive | Color Blowbacks | 11.20T |
| 569 | Optical Character Recognition (100%discount) | OCR | 0.00T |
| | 9.5 % Alameda County Sales Tax | | 6.41 |

Received by:

Signature:                              Printed Name:

| **Total** | $73.91 |
|---|---|

**To pay by Credit Card please call: (925) 693-0881 or**



Pay online at: https://ipn.intuit.com/sddxd4cn

OUR PAYMENT TERMS HAVE CHANGED. Past due invoices will incur a 1.5% late fee each month. All past due invoices are immediately subject to third party collections and may result in a suspended account. Please remit payment promptly. You may not wait for your client to pay.

**Please make checks payable to:  QUiVX**
**Tax Information: QUiVX, Inc. Tax ID#: 26-4735334**
**(Corporation)**

# KWIK KOPY PRINTING

416 - 14th Street, Oakland, CA 94612
Tel: (510) 763-4532 • Fax: (510) 763-6978

Date: 11-2-2015

Company name: Foster & Assoc.

Address: 3000 Lakeshore Ave, Oakland CA 94610

Tel: 763-1900     by: Terra

Description: Curtis v. City of Oakland

| No. Orig | No. Cop. | Description | price |
|----------|----------|-------------|-------|
| 553 | 3 sets | B/W copy | 149.31 |
| 16 | 3 sets | color copy | 31.20 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Collating: Drilling & color paper   47.48
            Inserted

Stapling: _____

Velo Bind: _____

GBC Bind: _____

Other: _____

25519

Sub.: 227.99

Tax: 21.66

Total: 249.65

Received by: _____     Date: 11/2/15

Paid: ☐ Cash   ☐ Check   ☐ credit

**FedEx Office**

FedEx Office is your destination
for printing and shipping.

500 12th St
Oakland, CA 94607
Tel: (510) 465-5209

10/31/2015                    10:49:14 AM PST
Team Member: Chester M.
Customer: Christine Maloney
Account #: XXXXXX1874-0001
Account: FOSTER & ASSOCIATES

SALE

| | | |
|---|---|---|
| Binder | Qty 1 | 128.90 |
| Drill Per Sheet | 567 @ | 0.0100 T |
| 000371 Reg. Price | 0.01 | |
| Drilling Setup | 1 @ | 1.2500 T |
| 000372 Reg. Price | 1.25 | |
| Insert Per Piece | 161 @ | 0.1000 T |
| 000387 Reg. Price | 0.10 | |
| Sheet Astro 8.5x11 | 161 @ | 0.1000 T |
| 002479 Reg. Price | 0.10 | |
| Litigation Serv B | 567 @ | 0.1400 T |
| 002738 Reg. Price | 0.14 | |
| CLR 1S Copy/Print | 16 @ | 0.6500 T |
| 000173 Reg. Price | 0.65 | |

Price per piece    128.90
Regular Total      128.90
Discounts            0.00

Sub-Total                      128.90
Tax                             12.25
Deposit                          0.00

Total                          141.15

Visa (S)                       141.15
    Account:  9292
    Auth: 08100C (A)

    Total Tender               141.15
    Change Due                   0.00

# colour drop  TECHNICAL INVOICE

727 Van Ness Avenue, San Francisco, CA 94102 • [t] 415.353.5720 • [f] 415.353.5730 • www.colourdrop.com • Federal Tax ID 27-460-2766 • Invoice Number: **96628**

## CONTACT INFORMATION

In Date: 11-4-15 / Time: _____    Due Date: 11-4-15 / Time: __ASAP__    Intake By: __ND__

Firm: _____

Contact: CHRISTINE MALONEY

Address: _____

City: _____  State: _____  Zip: _____

Phone: 415-971-3139    Fax: _____

Email: _____

## SPECIAL INSTRUCTIONS

903 PGS PER SET

## PROJECT INFORMATION

### DESCRIPTION / SERVICE PERFORMED

**INVOICE REFLECTS 1.5 COPIES OF QUESTIONNAIRES**

ASSEMBLY/DIGITAL LABOR:
- DISASSEMBLE/REASSEMBLE DOCS TO ORIGINAL FASHION
- SCANNING OF ALL PAGES TO ENSURE QUALITY CONTROL IN PRINTING
- SCANS CHECKED AGAINST ORIGINAL TO ENSURE NO PAGES MISSED
- 2 OPERATORS NEEDED TO COMPLETE PROJECT AS QUICKLY AS POSSIBLE

## DELIVERABLES

| ITEM | QTY | RATE | COST |
|---|---|---|---|
| B&W Prints - 8.5x11 | 1355 | 0.11 | 149.05 |
| Assembly/Digital Labor | 2 | 50.00 | 100.00 |
| | | | |
| | | | |
| | | | **$249.05** |

Your signature(s) below indicates authorization and approval of the project. All invoices are due net 15, after 30 days late fee of $25.00, plus a surcharge of 1.5% (18%) will be applied to your balance. All accounts over 60 days will be sent to a collection agency.

Client Authorization: _____

Client Approval: _____

Billing Reference:
CURTIS,v. CITY OF OAKLAND
3;CV10-00358 SI

TERMINAL I.D.: 8805580088133236357080
MERCHANT #: 8013323357

*VISA
SALE ***************2404
RECORD #: 3        INV: 080088
DATE: NOV 04, 15   TIME: 08:12
BATCH: 899         AUTH: 865888

TOTAL                    $270.84

c CHRISTINE MALONEY

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

COLOUR DROP
727 VAN NESS AVE
SAN FRANCISCO, CA. 9410

## IN HOUSE USE

OPERATOR: ND+NS

QUALITY CHECK: ND

SUPERVISOR: TB

Date: 11-4-15

Cashier: _____

## BALANCE

Sub-total:  249.05

Tax:  21.79

TOTAL:  $270.84

@2012 Form 8 Layout, All rights reserved. Colour Drop