PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
LAW OFFICES OF PAMELA Y. PRICE
A Professional Law Corporation
Kaiser Center
300 Lakeside Dr., Suite 417
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

Attorneys for Plaintiff
RONALD EL-MALIK CURTIS

MICHAEL W. FOSTER (State Bar No. 127691)
mfoster@fosteremploymentlaw.com
MADELYN JORDAN-DAVIS (State Bar No. 181771)
mjd@fosteremploymentlaw.com
C. CHRISTINE MALONEY (State Bar. No. 226575)
cmaloney@fosteremploymentlaw.com
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA. 94610
TELEPHONE: (510) 763-1900
FACSCIMILE: (510) 763-5952

Attorneys for Defendants
CITY OF OAKLAND, JENNIFER RAY, JOSEPH TORRES
AND GERALD A. SIMON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>Plaintiff,<br>vs.<br>CITY OF OAKLAND, JENNIFER RAY, JOSEPH TORRES, JOHN FARRELL AND GERALD A. SIMON, CHIEF, and DOES 1 through 15,<br><br>Defendants. | Case No. 3:10-CV-00358-SI<br>Date Action Filed: May 6, 2010<br><br>STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING DEADLINES ON PLAINTIFF'S MOTION FOR NEW TRIAL<br><br>DATE: February 19, 2016<br>TIME: 9:00 A.M.<br>CTRM: 10, 19th Floor<br>HON. SUSAN ILLSTON |

1

## I. STIPULATION

Plaintiff RONALD EL-MALIK CURTIS and Defendants CITY OF OAKLAND, JENNIFER RAY, JOSEPH TORRES, and GERALD A. SIMON, by and through their undersigned counsel, stipulate and agree as follows:

1.   This Court entered Judgment on December 10, 2015 in favor of Defendants City, Ray, Torres and Simon following a unanimous jury verdict. Pursuant to Federal Rule of Civil Procedure 59(b), Plaintiff filed a Motion for New Trial 28 days later, on January 7, 2016. The motion was timely filed. However, Plaintiff's motion contains incomplete references to alleged evidentiary support. *See* Plf. Motion, p.6, fn.1. Plaintiff's counsel states this is due to a delay in production of the trial transcripts by a court reporter. Plaintiff did not receive trial transcripts for December 1 and 2, 2015 until January 18th and did not receive the trial transcript for December 3, 2015, until January 20th. Plaintiff seeks the opportunity to provide a properly supported, complete motion. Plaintiff contacted Defendants on January 21, 2016, seeking a stipulation to file further briefing or to modify the briefing schedule to permit supplemental briefing. Defendants' opposition to the motion was due on the day their counsel was contacted, January 21, 2016. In light of the likelihood that Plaintiff would be permitted to file additional briefing, Defendants stipulated to a modification of the briefing and hearing schedule to avoid having to respond twice to Plaintiff's motion.

2.   Therefore, the parties stipulate and agree to continue the briefing and hearing dates as follows: Plaintiff shall file an amended motion for new trial containing all argument and evidentiary support by February 8, 2016. Defendants shall file their opposition to the motion 14 days later on February 22, 2016. Plaintiff's reply shall be due seven days after that on February 29, 2016. The hearing on Plaintiff's motion will be continued to March 19, 2016, at 9:00 a.m.

IT IS SO STIPULATED.

//

//

//

Dated: January 25, 2016

By: /s/ C. Christine Maloney
C. CHRISTINE MALONEY
FOSTER EMPLOYMENT LAW
Attorneys for Defendants
CITY OF OAKLAND, RAY, TORRES AND SIMON

Dated: January 25, 2016

By: /s/ Pamela Y. Price
PAMELA Y. PRICE
PRICE & ASSOCIATES
Attorneys for Plaintiff
RONALD EL-MALIK CURTIS

[Authorization Provided by Email 1/25/16]

3

*RONALD EL-MALIK CURTIS v. CITY OF OAKLAND, ET AL.*   STIPULATION AND ORDER TO CONTINUE HEARING AND
CASE NO. 3:10-CV-00358 SI   BRIEFING DEADLINES ON PLTF'S MOTION FOR NEW TRIAL

## II. ORDER

Pursuant to the foregoing Stipulation of the parties and good cause appearing therefore, IT IS ORDERED that the briefing and hearing deadlines on Plaintiff's Motion for New Trial are continued as follows:

| | |
|---|---|
| Plaintiff's amended motion and evidentiary support due: | February 8, 2016 |
| Defendants' opposition to Plaintiff's motion for new trial due: | February 22, 2016 |
| Plaintiff's reply in support of motion for new trial due: | February 29, 2016 |
| Hearing on Plaintiff's motion for new trial: | March ~~19~~ 11, 2016 |

Dated: 1/25/16

_____
Hon. Susan Illston
Senior United States District Judge

FOSTER employment law
3000 Lakeshore Avenue
Oakland, California 94610

4

*RONALD EL-MALIK CURTIS v. CITY OF OAKLAND, ET AL.*
CASE NO. 3:10-CV-00358 SI

STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING DEADLINES ON PLTF'S MOTION FOR NEW TRIAL